# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LISA ENLOW and JOHN ENLOW,

        Plaintiffs,

v.                                    Case No.: 6:22-cv-1319-WWB-EJK

JEFFREY SPEARS, PALM BAY
POLICE DEPARTMENT, CITY OF
PALM BAY, SUZANNE SHERMAN,
NELSON MOYA and JOHN RESH,

        Defendants.
_____/

THIS CAUSE is before the Court upon *sua sponte* review of the file. On March 20, 2023, the parties were ordered to file a case management report on or before March 29, 2023. (Doc. 21 at 1). The parties were warned that failure to comply could result in dismissal of this case without further notice. (*Id.*). On March 29, 2023, Plaintiffs filed a Motion for Extension of Time to File Case Management Report (Doc. 24), which was denied without prejudice for failure to comply with Local Rule 3.01(g). To date, Plaintiffs have neither filed a motion for an extension that complies with the Local Rules, nor a case management report.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to prosecute. See *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005) (noting that a court may *sua sponte* dismiss a case under its inherent authority to manage its docket). The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on May 2, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties